UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Docket No. 14-cr-10206-IT |
| **MARCELLUS LOPES LEE,** | |
| Defendant. | |

### SECOND ASSENTED-TO MOTION TO CONTINUE FINAL STATUS DATE

Defendant Marcellus Lopes Lee ("Mr. Lee"), by and through undersigned counsel respectfully requests this Honorable Court continue the final status date in this case, which was recently re-set to December 15, 2014 (see Docket 27) for another thirty (30) days to the afternoon of either January 13th or January 15, 2015. As grounds, the defendant avers and states that the same reasons that informed this Honorable Court's granting of the first motion to continue (see Docket 26)[1] persist at present, due to unforseen and unavoidable circumstances beyond Mr. Lee's, and the respective parties in this case, control.

Specifically, as previously reported, Mr. Lee was scheduled to be sentenced in San Diego Superior Court (in California) on his convictions after trial there on charges alleging fraud in the offer and sale of commodoties, grand left of personal property, and conspiracy to defraud another of property. Shortly before that date, Mr. Lee's California attorney filed a petition for review before the California Supreme Court. Sentencing was stayed seven (7) days, until November 25, 2014. However, on November 20, the California Supreme Court denied the petition, and sentencing was confirmed for November 25. Defendant was informed that the District Attorney

---

[1] In filing this Second Assented-to Motion to Continue final Status Date, Mr. Lee continues to rely upon the facts and arguments set forth in Document 26, and respectfully asks they be incorporated herein.

was seeking a sentence of nine (9) years in state prison. Probation calculated Mr. Lee's appropriate sentence at eight (8) years.

Mr. Lee further avers that on November 22, 2014, California Counsel suffered an apparent heart attack. He was rushed to the hospital where he underwent emergency angioplasty and had arterial stents inserted. Upon information and belief, California Counsel remained hospitalized for several days. As a result, sentencing in California was again postponed until January 8, 2015.

Because of this medical emergency, Mr. Lee is in the same position, and cites the same reasons for a further continuance, as he was in with his first motion to continue. At the same time, his stated reasons are now even more compelling. First, now that further appellate review/relief has been denied by the California Supreme Court, it's clear his sentencing will go forward as planned. Also, the District Attorney, in anticipation of last month's sentencing date made clear he not only will be seeking state prison time, but a substantial (9 yrs.) sentence. That Mr. Lee will be sentenced to a term of year(s) in state prison appears apparent from Probation's similar sentencing calculation(s). And Mr. Lee will be remanded.

Accordingly, for the same reasons stated in his previous motion, and based on his further aversions set forth herein, Mr. Lee, with express assent from the government,[2] respectfully requests that his Second Assented-to Motion to Continue Final Status Date be granted and that his case be re-scheduled to the afternoon of either January 13, 2015 or January 15, 2015.

---

[2] Undersigned counsel and Assistant U.S. Attorney Mark Balthazard conferred on this issue via email on December 10, 2014.

Dated:  December 10, 2014               Respectfully submitted,
                                        MARCELLUS LOPES LEE
                                        By and through his attorney,

                                        */s/ R. Bradford Bailey*
                                        _____
                                        R. Bradford Bailey, BBO#549749
                                        BRAD BAILEY LAW, P.C.
                                        Four Longfellow Place, 35th Floor
                                        Boston, MA  02114
                                        Tel.    (617) 227-2800
                                        Fax:    (617) 973-1562
                                        bbailey@dennerlaw.com


                        Certificate of Service

   I, R. Bradford Bailey, hereby certify that on this the 10th day of December 2014, I caused a true copy of the foregoing *Second Assented –To Motion To Continue Final Status Date* to be served upon all necessary parties by virtue of electronically filing the same via the Court's CM/ECF system.

                                         */s/ R. Bradford Bailey*
                                         R. Bradford Bailey