UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 14-10206-IT |
| ) | |
| **MARCELLUS LOPES LEE** ) | |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by and through its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum to California Institution for Men, in Chino, California, for the purpose of securing **MARCELLUS LOPES LEE** at a trial scheduling conference before Magistrate Judge M. Page Kelley on March 16, 2015 at 2:15 p.m. In support of this petition, the government states that:

1. **MARCELLUS LOPES LEE**, California Department of Corrections & Rehabilitation ("CDCR") number AV7605 is presently confined at California Institution for Men, in Chino, California, and will be so confined on March 16, 2015.

2. **MARCELLUS LOPES LEE** was indicted in the above-captioned case.

3. **MARCELLUS LOPES LEE** is due to appear before the United States District Court, at Boston, Massachusetts, for the purpose of a conference to schedule a trial on March 16, 2015 at 2:15 p.m.

**WHEREFORE**, the government requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum to be directed to the United States Marshal for the District of Massachusetts, to the Warden at California Institution for Men, and to any other person having custody and control of **MARCELLUS LOPES LEE**, commanding them to produce **MARCELLUS LOPES**

LEE before Magistrate Judge M. Page Kelley at the United States Courthouse, 1 Courthouse Way, at Boston, Massachusetts on March 16, 2015 at 2:15 p.m.

          Respectfully submitted,

          CARMEN M. ORTIZ
          United States Attorney

By:

          /s/ Mark J. Balthazard
          MARK J. BALTHAZARD
          Assistant U.S. Attorney

ALLOWED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 2/25/15