UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HABEAS CORPUS AD PROSEQUENDUM

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,

or any of his deputies and to

WARDEN
CALIFORNIA INSTITUTION FOR MEN, CHINO, CALIFORNIA

YOU ARE COMMANDED to have the body of MARCELLUS LOPES LEE now in your custody, before the United States District Court for the District of Massachusetts at Boston on March 16, 2015 at 2:15 p.m. for the purpose of a trial scheduling conference in Courtroom 24, 7th Floor, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts in the case of United States v. Marcellus Lopes Lee, Criminal Number 14-10206-IT. And you are to retain the body of said MARCELLUS LOPES LEE while before said Court upon said day and upon such further days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said prisoner to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this WRIT with your doings herein.

Dated at Boston in said District this 25th day of February, 2015.

_____
United States Magistrate Judge

By: _____
ZITA LOVETT
Deputy Clerk

Requested by AUSA: Mark J. Balthazard