UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| v. | * |
| | * Criminal No.14-10206-IT |
| MARCELLUS LOPES LEE, | * |
| | * |
| Defendant. | * |

ORDER

May 19, 2015

TALWANI, D.J.

On May 15, 2015, Defendant Marcellus Lopes Lee, through counsel, orally informed the court that he wishes to withdraw his pending <u>Motion to Order the Return of Defendant Lee to the California Institute for Men in Chino</u> [#52]. Accordingly, this motion is DENIED AS MOOT.

/s/ Indira Talwani
United States District Judge